I am Requesting Hearing

Dear Majesty

United States Courts
Southern District of Texas
FILED
MAR 04 2020
David J. Bradley, Clerk of Court

3-4-2020

#19CR614

I am writing on behalf of my son Thaddues Wilson due to sever intellectual and Mental disability he cant explain what needs to be said I have told his court apt. Attorney Joyce Raynor to full detail of his limited capability while providing Medical documents as said forth treatment stays at Mental Facility / Kingwood / Bellare Behavioral Thaddues has been diagnoised with epilepsy and severe mental Delays by Dr Ravichvan (R\C) Not speaking at age 3-4 in pych

I am asking a motion to filed Hearing so that his truth can be heared before his sentencing

he has suffered a life time of his mental illness and The Social Security Administration can firmly confirm his sickness and Advocate for his begining stages of his diagnoises of his Mental illnesses. We Recieved 14 years of treatment at Dr Ravichvan who is deceased now but continues to be seen At Kingwood behavioral / and Bellare Hospitals.

any Questions
Please Call Latonya Wilson
832 264 5315

Thanks, Majesty